STATE OF NEW JERSEY v. JUAN CORTEZ.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH VESPA.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY FRYAR.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY FRYAR.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LOTTIE GALLUCCI.

June 7, 1988.

Petition for certification denied.